Opinion approved by the court.

---

### Ex parte Pat PAULOS.

#### No. 28021.

Court of Criminal Appeals of Texas.

Jan. 4, 1956.

---

John Cutler, Houston, for appellant.

Dan Walton, Dist. Atty., Harris County, Eugene Brady, Thomas D. White, Asst. Dist. Attys., Harris County, Houston, Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is an appeal from the order of the judge of the County Court at Law No. 3, of Harris County, refusing to discharge relator upon the writ of habeas corpus.

The record is before us without a statement of facts or bills of exception. There is nothing showing that the trial court's order was not proper or justified.

The judgment remanding relator is affirmed.